FILED

JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches,         Civil No:
Plaintiff
V.

Gregory Reyes, Brocade Communications
Systems, Stefanie Jensen,
Defendants

CV 08 00384

MJJ
(PR)

E-filing

## Complaint
## 42 USC 1983/ TRO

Comes Now the Plaintiff, Jonathan Lee Riches,
In pro-se, Moves this court under 42 USC 1983
and a Restraining order Against defendants
Using Buck dated stock options on Jonathan
Lee Riches NYSE stock and hedging bets
Against my torture at FCI Williamsburg.
Defendants are manipulating the stock market
buying all grains and coffee commodities, this
Civil Rights effect me because I get no Fiber
For Breakfast, I get no Afternoon coffee. I'm
In Solitary Confinement because Defendants
Traded Euro's with Identity theft money sponsered
by the American Red cross. 37% of my Body
Fat has toxins because defendants back
dated me in a global time DROID from 14th
Century Norks in captivity from Romanov Russian
Finger soldiers crossing the Basal Lake. I'm
being mentally Abused, harassed, persecuted
and Gregory plans on hijacking me at FCI
Williamsburg, and taking me to the steps of MAYOR
Newsom to change Riches to Reyes with a gold
ring from Tiffany's. I seek 10 million, and
Respectfully pray for relief everyday,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully

Jonathan Lee Riches